# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4786
_____

RUFUS SHIRLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

February 6, 2018

PER CURIAM.

AFFIRMED.

WETHERELL, ROWE, and JAY, JJ., CONCUR.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Rachael E. Bushey of O'Brien Hatfield P.A., Tampa, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.